# UNITED STATES DISTRICT COURT
### for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ALEXANDER BONILLA-SERVIN | ) | Case No.  3:26-MJ-1018 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 13, 2026_____ in the county of _____Knox_____ in the _____Eastern_____ District of _____Tennessee_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | Forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in Section 1114 of this title while engaged in or on account of the performance of official duties. |

This criminal complaint is based on these facts:

See Affidavit of HSI SA Jonathan D. Wilson, attached hereto and incorporated fully herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jonathan D. Wilson, HSI SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____01/14/2026_____

_____
*Judge's signature*

City and state:  _____Knoxville TN_____

Hon. Debra C. Poplin, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jonathan D. Wilson, a Special Agent ("SA") with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I am cross designated and have the authority to conduct Title 21 investigations and enforcement activities, as well as Title 8 offenses.

2. I am a Special Agent with Homeland Security Investigations (HSI) and have been since March 2020. In March 2021, I successfully completed both the Criminal Investigator Training Program (CITP) and HSI Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center. From 2017 until 2020, I was employed as a Detective with the Clinton, TN Police Department. From 2011 until 2017, I was employed as a police officer with the Oak Ridge, TN Police Department. During my time in local law enforcement, I was also assigned to the 7th Judicial District Violent Crime and Drug Task Force in Anderson County, TN. In 2012, I attended and completed the Basic Police School at the Tennessee Law Enforcement Training Academy in Donelson, TN. In 2011 I earned my B.S. Degree in Criminal Justice from Middle Tennessee State University (MTSU) in Murfreesboro, TN.

3. I make this affidavit in support of a criminal complaint charging Alexander BONILLA-SERVIN with forcibly assaulting, resisting, opposing, impeding, intimidating or interfering with any person designated in 18 U.S.C. § 1114, to wit: an HSI Special Agent and an Enforcement

and Removal Operations Deportation Officer (ERO DO) who were engaged in official duties, in violation of 18 U.S.C. § 111(a)(1).

4. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated this matter or have personal knowledge of the facts herein. This affidavit is intended to show only that there is sufficient probable cause for the requested Complaint and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

5. In or about November 2025, while investigating immigration offenses in violation of Title 8, law enforcement followed a suspect vehicle into "The Residences at Hardin Valley," located at 2107 Sagittarius Lane, Knoxville, TN, which is located off Hardin Valley Road within the Eastern District of Tennessee. The Residences at Hardin Valley (hereinafter "the development") are in a state of active construction.

6. Subsequently, during the week of January 5, 2026, law enforcement was conducting investigative operations around the development. During this time, law enforcement was approached by a construction manager at the development who inquired if law enforcement was looking for a specific person. Almost immediately after that encounter, there was a significant exodus of workers and vehicles fleeing from the development.

7. On January 13, 2026, at approximately 10:00am, law enforcement was conducting surveillance on the development from the Little Hawks Early Learning Center's business parking lot located across Hardin Valley Road. The law enforcement surveillance vehicle was a black Jeep Cherokee occupied with two ICE agents who were wearing body armor with visible law enforcement markings. During this surveillance, a blue GMC Sierra pickup truck bearing Maury

2

County, Tennessee registration 790 BKZY, (hereinafter, "the truck"), entered the same parking lot as the black Jeep Cherokee. While in the parking lot, the truck passed behind the Jeep and then in front of the Jeep. As the truck passed in front of the Jeep, the driver of the truck looked directly at law enforcement seated in the Jeep. Below is a map depicting the Little Hawks Early Learning Center parking lot, Hardin Valley Road, and the development:



8. The truck departed the Little Hawks parking lot and drove to Sagittarius Lane, which is the entrance for the development. While at the front of the development, the driver of the truck spoke to 2-3 people in the development. After this verbal interaction, two vehicles immediately departed the development. The truck ultimately came to rest at a slight angle at the intersection of Sagittarius Lane and Hardin Valley Road. The truck was parked facing Hardin Valley Road.

9. As law enforcement began to converge on the development, the black Jeep departed from Little Hawks parking lot and traveled toward the entrance of the development. Due to the position of the truck, the black Jeep had to maneuver around the front of the truck to turn into the development. As the Jeep passed in front of the truck, the truck lurched forward and came into

3

contact with the right rear of the Jeep. This contact caused the Jeep's right rear fender trim to come off the Jeep.

10. After making contact with the Jeep, the agents got out of the Jeep and ordered the driver to put the truck in park and put up his hands. The driver refused these directives saying "I'm a U.S. citizen." In response to this refusal, law enforcement broke the passenger side window to effect the driver's extraction. When the window broke, the driver put the truck into park which automatically unlocked the doors. The driver was extracted via the passenger side front door and was detained. The driver of the truck was identified as Alexander BONILLA-SERVIN and he was in possession of U.S. passport.

11. As law enforcement was taking the driver into custody, approximately 20 individuals rapidly departed the development and ran into the woods.

## CONCLUSION

12. Based on the foregoing facts, your affiant respectfully submits there is probable cause to believe that Alexander BONILLA-SERVIN did forcibly assault, resisting, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114, to wit: an HSI Special Agent and an Enforcement and Removal Operations Deportation Officer (ERO DO) who were engaged in official duties, in violation of 18 U.S.C. § 111(a)(1).knowingly attempt to impede, intimidate, or retaliate against a federal officer for performing his duties in violation of 18 U.S.C. § 111(a)(1).

4

*FURTHER YOUR AFFIANT SAYETH NAUGHT*

Respectfully submitted,

Jonathan D. Wilson, Special Agent
United States Department of Homeland Security,
Immigration and Customs Enforcement, Homeland
Security Investigations

Sworn to and subscribed this 14th day of January 2026.

Hon. Debra C. Poplin
United States Magistrate Judge

5